**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23508-GAYLES**

ADRIAN MORALES
HERNANDEZ,

      Petitioner,

v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Respondent.

_____/

## ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF GEORGIA

**THIS CAUSE** is before the Court on Respondent's Notice of Transfer (the "Notice") [ECF No. 7]. On May 18, 2026, Petitioner Adrian Morales Hernandez filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] (the "Petition"). Although Petitioner was detained by U.S. Immigration and Customs Enforcement (ICE) at Krome Service Processing Center in Miami, Florida when he filed the Petition, *id.* at 1, Respondent explains in the Notice that Petitioner has been transferred to Stewart Detention Center in Lumpkin, Georgia, [ECF No. 7 at 1]. Lumpkin is in Stewart County, which is within the Middle District of Georgia. *See* 28 U.S.C. § 90(b)(3) (providing that the Middle District of Georgia comprises Stewart County).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v.*

*N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner is confined at the Stewart Detention Center, jurisdiction lies in the Middle District of Georgia. *See Padilla*, 542 U.S. at 442; *Garcia*, 470 F. App'x  at 736. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **TRANSFERRED** to the Middle District of Georgia, Columbus Division. *See* 28 U.S.C. § 90(b)(3) (noting the Columbus Division includes Stewart County).

2. The Clerk is directed to **CLOSE** this case in this District.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Adrian Morales Hernandez**
A# 208744916
Stewart Detention Center
Inmate Mail/Parcels
146 CCA Road, P.O. Box 248
Lumpkin, GA 31815
*PRO SE*

**Benjamin Sardinas**
U.S. Attorney's Office
Email: Benjamin.Sardinas@usdoj.gov

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov